# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ADAN ABEJA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-09-0107 |
| | § |
| RAYMOND KELLY, | § |
| | § |
| Defendant. | § |

## ORDER OF DISMISSAL

The court entered an order on September 2, 2009 allowing plaintiff's counsel to withdraw. The order advised plaintiff that he must advise this court in writing of his current address and his intent to pursue this case by **September 30, 2009** or this case was subject to dismissal. Plaintiff has not complied. The case is dismissed without prejudice.

SIGNED on October 6, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge